IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANITA W. HORRIS                    *

       Plaintiff              *

v.                                 *       CIVIL NO. WMN-00-405

FRANKLIN W. TRAPNELL, JR.          *

       Defendant              *

************

## ORDER

The court file reflecting that service of process has been effected upon defendant **Franklin W. Trapnell, Jr.**, and that said defendant has not yet filed any response to the Complaint; it is, this 5th day of May 2000

ORDERED:

1. That plaintiff file a motion for entry of default and motion for default judgment as to defendant **Franklin W. Trapnell, Jr.** or provide a report as to why such a motion would be inappropriate on or before May 19, 2000; and

2. That the Clerk mail or transmit a copy of this Order to counsel of record.

                                      William M. Nickerson
                                      United States District Judge